IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROBERT F. URBAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No.  05-1168-MLB |
| ) | |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING ATTORNEY'S FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $2,647.13.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$2,647.13**, payable to Plaintiff's attorney, the Law Offices of Daniel A. Parmele, P.C.

IT IS SO ORDERED.

Dated this 25th day of January, 2006.

s/Monti Belot
_____
The Honorable Monti L. Belot
United States District Judge

APPROVED BY:

 s/ Daniel Parmele
Daniel Parmele, KS S. Ct. No. 14528
830 E. Primrose, Ste. 102
Springfield, MO 65807
Telephone: 417-889-2570
Fax: 417-889-2030
M.Ash@danielparmelelaw.com

Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney

 s/ Laurie K. Kahrs
LAURIE K. KAHRS, KS.S.Ct.No. 17249
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, KS 67202
(316) 269-6481
(316) 269-6484 (FAX)
laurie.kahrs@usdoj.gov

Attorneys for the United States